_____

No. 96-3512
_____

United States of America,           *
                                     *
          Appellee,                  *
                                     *    Appeal from the United States
     v.                              *    District Court for the
                                     *    Eastern District of Arkansas
Robert J. Gray,                      *
                                     *         [UNPUBLISHED]
          Appellant.                 *


_____

            Submitted:  January 7, 1997

               Filed:  January 21, 1997
_____

Before McMILLIAN, HENLEY and MORRIS SHEPPARD ARNOLD, Circuit
     Judges.
_____


PER CURIAM.


     Robert J. Gray appeals his nine-month sentence imposed by the
District Court[1] for the Eastern District of Arkansas after he pleaded
guilty to aiding and abetting in wrecking a train, in violation of 18
U.S.C. §§ 1992 and 2.  Counsel filed a brief pursuant to Anders v.
California, 386 U.S. 738 (1967), and was granted leave to withdraw.  Gray
did not avail himself of the opportunity to file a pro se supplemental
brief.  For the reasons discussed below, we affirm.


     Although Gray argues that his sentence should have included
probation, an option authorized by U.S. Sentencing Guidelines
Manual § 5C1.1(c)(3) (1995), the district court was within its


_____

     [1]The Honorable James Maxwell Moody, United States District
Judge for the Eastern District of Arkansas.

discretion to impose imprisonment. The district court specifically noted at sentencing its options under Guidelines § 5C1.1(c)(2) and (3), and also stated that the sentence should be fair and just, reflect the seriousness of the crime, and deter others from similar conduct in the future. Thus, contrary to Gray's contention, the district court considered the sentencing options and stated reasons for the sentence. The district court was not required to state its reason for choosing the particular point within the sentencing range, because the applicable range did not span more than 24 months. See 18 U.S.C. § 3553(c)(1); United States v. Garrido, 38 F.3d 981, 986 (8th Cir. 1994); United States v. Ehret, 885 F.2d 441, 445 (8th Cir. 1989) (same), cert. denied, 493 U.S. 1062 (1990).

Having carefully reviewed the record, we find no other nonfrivolous issues for appeal. See Penson v. Ohio, 488 U.S. 75, 80 (1988).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

-2-